UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD KEITH ABBOTT,

       Petitioner,

v.                                                                 CASE NO. 04-CV-72008-DT

TOM BELL,                                                   PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE
       Respondent.
_____/

## **JUDGMENT**

The Court has denied Petitioner's application for the writ of habeas corpus. Accordingly, judgment is entered in favor of Respondent and against Petitioner.

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: December 29, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail December 29, 2006.

                                           s/Jonie Parker
                                           Case Manager